IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISON

| | | |
|---|---|---|
| EJC INC., EJC PROPERTIES LTD, EDDIE CANO, AND CANO FAMCO JOINT VENTURE<br>    Plaintiffs<br><br>v.<br><br>LIBERTY MUTUAL, AMERICAN ECONOMY INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY, WESTCHESTER SURPLUS LINES INSURANCE COMPANY, AND ACE NORTH AMERICAN CLAIMS<br>    Defendants | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 7:14-cv-00906 |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS LIBERTY MUTUAL, AMERICAN ECONOMY INSURANCE COMPANY AND AMERICAN STATES INSURANCE COMPANY**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to this action – Plaintiffs, EJC, INC., EJC PROPERTIES LTD., EDDIE CANO AND CANO FAMCO JOINT VENTURE, and Defendants LIBERTY MUTUAL, AMERICAN ECONOMY INSURANCE CO., AMERICAN STATES INSURANCE COMPANY, WESTCHESTER SURPLUS LINES INSURANCE COMPANY AND ACE NORTH AMERICAN CLAIMS, hereby stipulate to the dismissal with prejudice of all claims asserted against Defendants Liberty Mutual, American Economy Insurance Company and American States Insurance Company.

Respectfully submitted,

LINDOW ▪ STEPHENS ▪ TREAT LLP

_____ w/ permission
David R. Stephens
State Bar No. 19146100
Southern District No. 21360
LINDOW STEPHENS TREAT LLP
One Riverwalk Place
700 N. St. Mary's Street, Suite 1700
San Antonio, Texas 78205
Telephone: (210) 227-2200
Facsimile: (210) 227-4602
dstephens@lstlaw.com

Of Counsel

Kelly J. Moynihan
State Bar No. 24085805
Southern District No. 2060098
LINDOW STEPHENS TREAT LLP
One Riverwalk Place
700 N. St. Mary's Street, Suite 1700
San Antonio, Texas 78205
Telephone: (210) 227-2200
Facsimile: (210) 227-4602
kmoynihan@lstlaw.com

ATTORNEYS FOR DEFENDANTS LIBERTY MUTUAL, AMERICAN STATES INSURANCE COMPANY AND AMERICAN ECONOMY INSURANCE COMPANY

*Jennifer B. LeMaster* w/permission

Joseph A. Ziemianski
Attorney in Charge
State Bar No. 00797732
Southern District Bar No. 25915
COZEN O'CONNOR
1221 McKinney St., Suite 2900
Houston, Texas 77010
Telephone: (832) 214-3900
Facsimile: (832) 214-3905
jziemianski@cozen.com

Of Counsel:

Jennifer B. LeMaster
State Bar No. 24041063
Southern District Bar No. 573639
COZEN O'CONNOR
1221 McKinney St., Suite 2900
Houston, Texas 77010
Telephone: (832) 214-3900
Facsimile: (832) 214-3905
jblemaster@cozen.com

ATTORNEYS FOR DEFENDANTS WESTCHESTER SURPLUS LINES INSURANCE COMPANY and ACE NORTH AMERICAN CLAIMS

3

*/s/ Peter E. Ferraro*
Peter E. Ferraro
State Bar No. 06934600
THE FERRARO LAW FIRM
1011 W. 10th St.
Austin, Texas 78703
Telephone: (512) 474-7742
Facsimile: (512) 474-8106
ferrarolaw@mac.com

Of Counsel:

*/s/ Richard K. Livesay* with permission
Richard K. Livesay
State Bar No. 00790057
LAW OFFICE OF R. KENT LIVESAY
5319 S McColl Rd.
Edinburg, Texas 78539
Telephone: (956) 686-5776
Facsimile: (956) 686-0050
kent@livesaylawfirm.com


ATTORNEYS FOR PLAINTIFFS EJC, INC., EJC PROPERTIES LTD., EDDIE CANO AND CANO FAMCO JOINT VENTURE